UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Jacqueline Kim Selby

                              Plaintiff,

v.                                         Case No.: 1:14−cv−05856
                                                 Honorable Manish S. Shah

Weltman, Weinberg & Reis Co., L.P.A.,

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 6, 2015:

      MINUTE entry before the Honorable Manish S. Shah: Counsel for the parties advise the court they are making progress in settlement discussions. At their request, the status hearing set for 10/7/15 is stricken and reset to 10/28/15 at 9:30 a.m. Notices mailed by Judicial Staff.(psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.