IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Jacqueline Kim Selby**, on behalf of herself and all others similarly situated, | Case No. 1:14-cv-5856 |
| Plaintiffs, | Hon. Manish Shah |
| v. | |
| **Weltman Weinberg & Reis Co. L.P.A.**, | |
| Defendant. | |

**Joint Stipulation to Dismiss**

All parties in this action have agreed to settle the outstanding disputes between them and have executed a written agreement memorializing the terms of such a settlement. All obligations have been performed and the parties now agree and stipulate that this lawsuit should be dismissed with prejudice as to the named Plaintiff, Jacqueline Kim Selby, and without prejudice as to the unnamed members of the putative class.

**Wherefore** the Parties respectfully request that the Court enter an order dismissing the action *with prejudice* as to Jacqueline Kim Selby and *without prejudice* as to the unnamed members of the putative class.

Respectfully submitted,

Dated:    December 30, 2015

*/s/ Mark Ankcorn*

Mark Ankcorn
N.D. Illinois General Bar No. 1159690
California Bar No. 166871
mark@ankcorn.com

*/s/ Erin Hoffman*

Erin L. Hoffman (MN No. 0387835)
*erin.hoffman@FaegreBD.com*
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street

ANKCORN LAW FIRM, PC
11622 El Camino Real, Suite 100
San Diego, California 92130
(619) 870-0600 phone
(619) 684-3541 fax

Local Office:
Ankcorn Law Firm, PC
1608 S. Ashland Ave. #92015
Chicago, Illinois 60608-2013

Attorneys for Plaintiffs

Minneapolis, MN 55402
(612) 766-7000

Ernest Summers III (# 3126432)
*ernie.summers@FaegreBD.com*
Kate E. Middleton (# 6306578)
*kate.middleton@FaegreBD.com*

FAEGRE BAKER DANIELS LLP
311 South Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 212-6500

Attorneys for Defendant
Weltman, Weinberg & Reis Co., L.P.A.

**Certificate Of Service**

I hereby certify that on December 30, 2015, I electronically filed the foregoing Stipulation Regarding Class Certification Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties listed below:

>Ernest Summers III (# 3126432)
>*ernie.summers@FaegreBD.com*
>Kate E. Middleton (# 6306578)
>*kate.middleton@FaegreBD.com*
>Faegre Baker Daniels LLP
>311 South Wacker Drive, Suite 4400
>Chicago, IL 60606
>(312) 212-6500

*/s/ Mark Ankcorn*