# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jacqueline Kim Selby

                                          Plaintiff,

v.                                                                          Case No.: 1:14–cv–05856
                                                                          Honorable Manish S. Shah

Weltman, Weinberg & Reis Co., L.P.A.,

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 31, 2015:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the parties' stipulation to dismiss [38], this case is dismissed with prejudice as to the claims of Jacqueline Kim Selby and without prejudice as to the claims of the putative class. Status hearing on 1/5/16 is stricken. Civil case terminated. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.